IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**CHAIYLA DAVIS, Individually and on**        **PLAINTIFF**
Behalf of All Others Similarly Situated

vs.        No. 2:22-cv-152-DLB-EBA

**LARA, INC., and ARMINA LEE**        **DEFENDANTS**

### UNOPPOSED MOTION FOR LEAVE TO FILE
### FIRST AMENDED AND SUBSTITUTED COMPLAINT

Plaintiff Chaiyla Davis ("Plaintiff"), by and through undersigned counsel, and for her Unopposed Motion for Leave to File First Amended and Substituted Complaint ("Motion"), does hereby state and allege as follows:

1. Plaintiff filed her Original Complaint on December 16, 2022. ECF No. 1.

2. Per the Scheduling Order (ECF No. 18), leave to amend pleadings may be sought until October 12, 2021.

3. Plaintiff hereby asks for leave to file a First Amended and Substituted Complaint ("Amended Complaint") pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

4. The purpose of the Amended Complaint is to remove the collective action allegations.

5. The proposed amendment would not prejudice Defendants.

Page 1 of 3
Chaiyla Davis, et al. v. Lara, Inc., et al.
U.S.D.C. (E.D. Ky.) No. 2:22-cv-152-DLB-EBA
Unopposed Motion for Leave to File First Amended and Substituted Complaint

6. Plaintiff's proposed First Amended and Substituted Complaint is attached hereto as Exhibit 1.

7. Counsel for the Parties have conferred, and **Defendants do not oppose this Motion**.

WHEREFORE, premises considered, Plaintiff Chaiyla Davis respectfully request an Order of this Court granting her leave to file the First Amended and Substituted Complaint, and for such other relief as may be just and proper.

    Respectfully submitted,

    **PLAINTIFF CHAIYLA DAVIS**

    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Parkway, Suite 510
    Little Rock, Arkansas 72211
    Telephone: (501) 221-0088
    Facsimile: (888) 787-2040

    */s/ Sean Short*
    Sean Short
    Ark. Bar No. 2015079
    sean@sanfordlawfirm.com
    Admitted *Pro hac vice*
    **LEAD COUNSEL FOR PLAINTIFF**

    CRAIG HENRY PLC
    401 West Main Street, Suite 1900
    Louisville, Kentucky 40202
    Telephone: (502) 614-5962
    Facsimile: (502) 614-5968

    Michele Henry
    Ky. Bar No. 89199
    mhenry@craighenrylaw.com
    **LOCAL COUNSEL FOR PLAINTIFF**

Page 2 of 3
Chaiyla Davis, et al. v. Lara, Inc., et al.
U.S.D.C. (E.D. Ky.) No. 2:22-cv-152-DLB-EBA
Unopposed Motion for Leave to File First Amended and Substituted Complaint

## CERTIFICATE OF SERVICE

      I, Sean Short, do hereby certify that a true and correct copy of the foregoing MOTION was electronically filed with the Clerk for the U.S. District Court, Eastern District of Kentucky, Covington Division, using the Electronic Case Filing system of the Court, and that the attorneys listed below are registered to receive from the Clerk of Court an electronic copy thereof:

Jack S. Gatlin, Esq.
Joshua E. Panter, Esq.
GATLIN VOELKER, PLLC
50 E. Rivercenter Blvd., Suite 1275
Covington, KY 41011
Telephone: (859) 781-9100
jgatlin@gatlinvoelker.com
jpanter@gatlinvoelker.com

                                                              */s/ Sean Short*
                                                              **Sean Short**

Page 3 of 3
Chaiyla Davis, et al. v. Lara, Inc., et al.
U.S.D.C. (E.D. Ky.) No. 2:22-cv-152-DLB-EBA
Unopposed Motion for Leave to File First Amended and Substituted Complaint