IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**CHAIYLA DAVIS, Individually and on**                      **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                No. 2:22-cv-152-DLB-EBA

**LARA, INC., and ARMINA LEE**                        **DEFENDANTS**

### ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED AND SUBSTITUTED COMPLAINT

NOW on the date set forth below, upon Plaintiff's Motion for Leave to File First Amended and Substituted Complaint, the Court orders as follows:

1. Plaintiff's Motion for Leave to File First Amended and Substituted Complaint is GRANTED.

2. Plaintiff shall file the First Amended and Substituted Complaint within seven (7) days of the entry of hereof.

**IT IS SO ORDERED.**

SIGNED this \_\_\_\_ day of July, 2023.

_____
**HON. DAVID L. BUNNING**
**UNITED STATES DISTRICT JUDGE**

Page 1 of 1
Chaiyla Davis, et al. v. Lara, Inc., et al.
U.S.D.C. (E.D. Ky.) No. 2:22-cv-152-DLB-EBA
Order Granting Motion for Leave to File
First Amended and Substituted Complaint