IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**CHAIYLA DAVIS, Individually and on**      **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.      No. 2:22-cv-152-DLB-EBA

**LARA, INC., and ARMINA LEE**      **DEFENDANTS**

## JOINT NOTICE OF SETTLEMENT

    Plaintiff and Defendants submit this Joint Notice of Settlement to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims in this lawsuit. The parties are in the process of finalizing settlement terms and expect to file a Joint Stipulation of Dismissal with the Court within thirty (30) days of the filing of this Joint Notice of Settlement. Should the parties be unable to file their Joint Stipulation of Dismissal by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**PLAINTIFF CHAIYLA DAVIS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com
Admitted *Pro hac vice*
**LEAD COUNSEL FOR PLAINTIFF**

CRAIG HENRY PLC
401 West Main Street, Suite 1900
Louisville, Kentucky 40202
Telephone: (502) 614-5962
Facsimile: (502) 614-5968

Michele Henry
Ky. Bar No. 89199
mhenry@craighenrylaw.com
**LOCAL COUNSEL FOR PLAINTIFF**

and   **LARA, INC., and ARMINA LEE, DEFENDANTS**

GATLIN VOELKER, PLLC
50 E. Rivercenter Blvd., Suite 1275
Covington, KY 41011
Telephone: (859) 781-9100

*/s/ Jack S. Gatlin*
Jack S. Gatlin, Esq.
Kentucky Bar No. 88899
jgatlin@gatlinvoelker.com

## CERTIFICATE OF SERVICE

      I, Sean Short, do hereby certify that a true and correct copy of the foregoing JOINT NOTICE OF SETTLEMENT was electronically filed with the Clerk for the U.S. District Court, Eastern District of Kentucky, Covington Division, using the Electronic Case Filing system of the Court, and that the attorneys listed below are registered to receive from the Clerk of Court an electronic copy thereof:

Jack S. Gatlin, Esq.
GATLIN VOELKER, PLLC
50 E. Rivercenter Blvd., Suite 1275
Covington, KY 41011
Telephone: (859) 781-9100
jgatlin@gatlinvoelker.com
jpanter@gatlinvoelker.com

                                            */s/ Sean Short*
                                            **Sean Short**