UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:22-CV-00152-DLB-EBA

CHAIYLA DAVIS, *et al.*, PLAINTIFF,

V.  **ORDER**

LARA, INC. and ARMINA LEE, DEFENDANTS.

*** *** *** ***

On August 15, 2023, the parties filed a Joint Notice of Settlement to inform the Court that they are in the process of finalizing settlement terms and expect to file a Joint Stipulation of Dismissal or status update within 30 days or request an extension if they are unable to come to an agreement on the settlement terms. [R. 25]. The parties also requested that all deadlines be stayed pending the finalization of the settlement. [*Id.*]. Accordingly,

**IT IS ORDERED** that the parties' request to stay all pending deadlines is GRANTED. The parties shall file a Joint Stipulation of Dismissal or, alternatively, a joint status report apprising the Court on the status of settlement negotiations before or on September 15, 2023.

Signed August 16, 2023.



Signed By:
*Edward B. Atkins*
**United States Magistrate Judge**