IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**CHAIYLA DAVIS**                                                                           **PLAINTIFF**

vs.                    No. 2:22-cv-152-DLB-EBA

**LARA, INC., and ARMINA LEE**                             **DEFENDANTS**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs, except as otherwise agreed.

                                                      Respectfully submitted,

                                                        **PLAINTIFF CHAIYLA DAVIS**

                                                        SANFORD LAW FIRM, PLLC
                                                        Kirkpatrick Plaza
                                                        10800 Financial Centre Parkway, Suite 510
                                                        Little Rock, Arkansas 72211
                                                        Telephone: (501) 221-0088
                                                        Facsimile: (888) 787-2040

                                                        */s/ Sean Short*
                                                        Sean Short
                                                        Ark. Bar No. 2015079
                                                        sean@sanfordlawfirm.com
                                                        Admitted *Pro hac vice*
                                                        **LEAD COUNSEL FOR PLAINTIFF**

                                                        CRAIG HENRY PLC
                                                        401 West Main Street, Suite 1900
                                                        Louisville, Kentucky 40202
                                                        Telephone: (502) 614-5962
                                                        Facsimile: (502) 614-5968

Page 1 of 2
Chaiyla Davis, et al. v. Lara, Inc., et al.
U.S.D.C. (E.D. Ky.) No. 2:22-cv-152-DLB-EBA
Joint Stipulation of Dismissal with Prejudice

                              Michele Henry
                              Ky. Bar No. 89199
                              mhenry@craighenrylaw.com
                              **LOCAL COUNSEL FOR PLAINTIFF**

**and**    **LARA, INC., and ARMINA LEE, DEFENDANTS**

                              GATLIN VOELKER, PLLC
                              50 E. Rivercenter Blvd., Suite 1275
                              Covington, KY 41011
                              Telephone: (859) 781-9100

                              */s/ Jack S. Gatlin*
                              Jack S. Gatlin, Esq.
                              Kentucky Bar No. 88899
                              jgatlin@gatlinvoelker.com

## **CERTIFICATE OF SERVICE**

      I, Sean Short, do hereby certify that a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL was electronically filed with the Clerk for the U.S. District Court, Eastern District of Kentucky, Covington Division, using the Electronic Case Filing system of the Court, and that the attorneys listed below are registered to receive from the Clerk of Court an electronic copy thereof:

    Jack S. Gatlin, Esq.
    GATLIN VOELKER, PLLC
    50 E. Rivercenter Blvd., Suite 1275
    Covington, KY 41011
    Telephone: (859) 781-9100
    jgatlin@gatlinvoelker.com
    jpanter@gatlinvoelker.com

                              */s/ Sean Short*
                              **Sean Short**

Page 2 of 2
Chaiyla Davis, et al. v. Lara, Inc., et al.
U.S.D.C. (E.D. Ky.) No. 2:22-cv-152-DLB-EBA
Joint Stipulation of Dismissal with Prejudice